UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS TRAN, | No. 2:21-cv-1707 KJM DB P |
| Petitioner, | |
| v. | ORDER |
| PAUL THOMPSON, | |
| Respondent. | |

Petitioner, a federal prisoner, seeks habeas corpus relief pursuant to 28 U.S.C. § 2241. On March 25, 2022, respondent filed a motion to dismiss. Petitioner has not opposed the motion.

Local Rule 230(l) provides, in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion...." Id. In addition, by order filed January 25, 2022, petitioner was advised "an opposition to a motion to dismiss is due within thirty days of service of the motion to dismiss[.]" (ECF No. 7 at 3.) Failure to comply with this court's Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110.

Good cause appearing, IT IS ORDERED that, within 30 days from the date of this order, petitioner shall file an opposition, if any, to the motion to dismiss. Failure to file an opposition

////

1

will be deemed as consent to have the action dismissed for failure to prosecute and failure to comply with a court order.

Dated: May 9, 2022

DLB7
tran1707.nooppo

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2