UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS TRAN,<br><br>    Petitioner,<br><br>    v.<br><br>PAUL THOMPSON,<br><br>    Respondent. | No. 2:21-cv-01707 KJM DB P<br><br><br>ORDER |

    Petitioner, a federal prisoner proceeding pro se, filed an application for a writ of habeas corpus under 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 11, 2022, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within 30 days. Neither party has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed July 11, 2022 (ECF No. 13) are adopted in full;

2. Respondent's motion to dismiss (ECF No. 9) is GRANTED;

3. The petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED without prejudice; and

4. The Clerk of Court is directed to close this case.

DATED: January 17, 2023.

CHIEF UNITED STATES DISTRICT JUDGE